1
**AMIN WASSERMAN GURNANI, LLP**
William P. Cole, Bar No. 186772
2
Matthew R. Orr, Bar No. 211097
Richard L. Hyde, Bar No. 286023
3
515 South Flower St., 18th Floor
Los Angeles, CA 90071
4
Tel: (213) 933-2330
Fax: (312) 884-7352
5
wcole@awglaw.com
morr@awglaw.com
6
rhyde@awglaw.com

7
*Counsel for Defendant Aiko Importers, Inc.*

8
**THE WAND LAW FIRM, P.C.**
Aubry Wand (SBN 281207)
9
100 Oceangate, Suite 1200
Long Beach, CA 90802
10
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com
11

12
**FARUQI & FARUQI, LLP**
Lisa T. Omoto (SBN 303830)
13
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
14
Telephone: (424) 256-2884
Email: lomoto@faruqilaw.com

15
*Counsel for Plaintiff*

16

17
**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
18
**WESTERN DIVISION**

| | |
|---|---|
| 19 MARK NIMO, on behalf of himself | CASE NO.: 2:24-cv-04000-MWC-JPR |
| 20 and all others similarly situated, | |
| 21 Plaintiff, | **JOINT STIPULATION FOR** |
| 22 v. | **VOLUNTARY DISMISSAL WITH PREJUDICE PUSUANT TO** |
| 23 | **FEDERAL RULE OF CIVIL** |
| 24 AIKO IMPORTERS, INC., a | **PROCEDURE 41(a)(1)(A)(ii)** |
| 25 corporation; and DOES 1 through 10, inclusive, | |
| 26 | |
| 27 Defendants. | |

28

Plaintiff Mark Nimo ("Plaintiff") and Defendant Aiko Importers, Inc. ("Defendant") (collectively, the "Parties") by and through their counsel of record, hereby stipulate and agree that Plaintiff's individual claims in the above-captioned matter shall be voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This stipulation shall not affect the claims of any other putative class members in the action, as no class has been certified.  The Parties shall each bear their own costs.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: January 6, 2024          **FARUQI & FARUQI LLP**

                                /s/ *Lisa T. Omoto*
                                Lisa T. Omoto

                                **THE WAND LAW FIRM, P.C.**
                                Aubry Wand

                                *Attorneys for Plaintiff*

Dated:  January 6, 2025          **AMIN WASSERMAN GURNANI, LLP**

                                /s/ *William P. Cole*
                                William P. Cole
                                *Attorney for Defendant*

I, Lisa T. Omoto, attest that concurrence in the filing of this document has been obtained from each of the other signatories listed above, in accordance with Local Rule 5-4.3.4.

                                  /s/ *Lisa T. Omoto*

1

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE